IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES of AMERICA                                              PLAINTIFF

v.                          No. 2:10-CR-20004-RTD

RANDALL B. BLYTHE                                                     DEFENDANT

## O R D E R

Before the Court are the Plaintiff's Motions for a Garnishment Order on the Charles Schwab Corporation (ECF No. 26) and on the Shelter Insurance Company (ECF No. 27).  Also before the court is the Plaintiff's Motion to Withdraw Garnishment on the Charles Schwab Corporation (ECF No. 42) and Motion for Garnishment Order (ECF No. 43) on Shelter Insurance Company.

For the reasons stated in the pleadings the Motion to Withdraw Garnishment on Charles Schwab (ECF No.42) is **GRANTED** and, accordingly,  the Plaintiff's Motion for a Garnishment Order on the Charles Schwab Corporation (ECF No. 26) is **DENIED.**

For the reasons stated in the Motion for Hearing (ECF No. 39) and the Government's Response in the Motion for Order (ECF No. 43) the Motion for Garnishment Order on Shelter Insurance Company (ECF No. 27) is GRANTED in PART and DENIED in PART as set out as follows:

> The Motion for Garnishment on Shelter Insurance Company (ECF No. 27) is **DENIED** as to Policy #U-73672 in the amount of $14,263.50.

> The Motion for Garnishment on Shelter Insurance Company (ECF No. 27) is **GRANTED** as to Policy #U-398 in the amount of $2,911.71.

Accordingly the Government's Motion for Order of Garnishment (ECF No. 43) is

**GRANTED** as to Policy #U-398 in the amount of $2,911.71.

    IT IS SO ORDERED this December 23, 2011.

                                        /s/ J. Marschewski
                                        HONORABLE JAMES R. MARSCHEWSKI
                                        Chief United States Magistrate Judge