IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                        CR. NO. 2:10CR20004-001

RANDALL B. BLYTHE,
    Defendant,

 and

AMERIPRISE FINANCIAL, INC.,
    Garnishee.

## ORDER OF GARNISHMENT

       A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ the garnishee had in the garnishee's possession, custody or under the garnishee's control, personal property belonging to and due defendant and that garnishee was indebted to defendant.

       On September 27, 2011, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

       On October 17, 2011, the Garnishee filed an Answer stating they had $60,747.40 belonging to the defendant.

       IT IS THEREFORE ORDERED that garnishee pay to the plaintiff the funds currently in its possession belonging to the defendant. Payment should be made payable to the United States

District Court Clerk and mailed to Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 1038, Fort Smith, AR 72901, and should include the defendant's name and court number as reference.

       IT IS SO ORDERED.

March 6, 2012         /s/ Robert T. Dawson  
Date         HONORABLE ROBERT T. DAWSON  
       UNITED STATES DISTRICT JUDGE